638

Jimmie DARNELL, Appellant, v. UNITED STATES of America, Appellee.

No. 12809.

United States Court of Appeals
Fifth Circuit.

Nov. 22, 1949.

No appearance entered for appellant.

Frank B. Potter, U. S. Atty., Fort Worth, Tex., Clyde G. Hood, Asst. U. S. Atty., Dallas, Tex., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

FEDERAL SAVINGS & LOAN INSURANCE CORPORATION, Plaintiff-Appellee, v. EDISON SAVINGS & LOAN ASSOCIATION, Defendant-Appellant.

No. 42, Docket 21408.

United States Court of Appeals
Second Circuit.

Argued Oct. 31, 1949.

Decided Nov. 16, 1949.

Beardsley & Taylor, New York City (Thomas H. Beardsley, Robert G. Redlefsen, New York City, of counsel), for appellant.

Simon H. Trevas, New York City (Kenneth G. Heisler, J. Aldrich Hall, Mose Silverman, of Washington, D. C., of counsel), for appellee.

Before L. HAND, SWAN and FRANK, Circuit Judges.

PER CURIAM.

Affirmed upon the opinion of Goddard, J., in Federal Savings and Loan Insurance Corporation v. Edison Savings and Loan Association, D. C., 83 F.Supp. 1007.

Edward C. LAWSON, Appellant, v. M. K. HOOD, Appellee.

No. 12702.

United States Court of Appeals
Fifth Circuit.

Nov. 22, 1949.

John A. Storey, Vernon, Tex., Luther Hoffman, Wichita Falls, Tex., for appellant.

Geo. A. Smoot, Wichita Falls, Tex., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.